ARBITRATION, CLOSED

## U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:07-cv-01712-GEB-JJH
### Internal Use Only

NOVELLA et al v. FERGUSON et al
Assigned to: Chief Judge Garrett E. Brown, Jr.
Referred to: Magistrate Judge John J. Hughes
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/12/2007
Date Terminated: 05/25/2007
Jury Demand: Plaintiff
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**ROSE ANN NOVELLA**

represented by **JEAN E. DONOGHUE-SIMON**
1433 HOOPER AVENUE
SUITE 212
TOMS RIVER, NJ 08754-4919
(732) 286-6900
Email: jedslaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROSARIO NOVELLO**
*her husband*

represented by **JEAN E. DONOGHUE-SIMON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CARL FERGUSON**

represented by **JOHN LEE MCDERMOTT, JR.**
MC DERMOTT & MC GEE
75 MAIN STREET
P.O. BOX 192
MILLBURN, NJ 07041
(973) 467-8080
Email:
jmcdermott@mcdermottandmcgee.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROSE FERGUSON**

represented by **JOHN LEE MCDERMOTT, JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOE 1-5**
*(fictitious names)*

**Defendant**

**ABC CORPORATIONS 1-5**
*(fictitious names), jointly, severally, and
in the alternative*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2007 | ❶1 | COMPLAINT against ABC CORPORATIONS 1-5, CARL FERGUSON, ROSE FERGUSON, JOHN DOE 1-5 ( Filing fee $ 350 receipt number 356818.) jury demand, filed by ROSE ANN NOVELLA, ROSARIO NOVELLO. (Attachments: # 1 Civil Cover Sheet)(ce3) (Entered: 04/12/2007) |
| 04/12/2007 | ❶ | ATTENTION COUNSEL - As of May 1, 2006, Civil initial pleadings such as complaints and notices of removal must be filed electronically. Payment of the filing fee is made via the internet (pay.gov). Visit our website at www.njd.uscourts.gov for additional information. In the future, to expedite the processing of the initial pleadings, counsel is requested to file complaints and notices of removal electronically. (ce3) (Entered: 04/12/2007) |
| 04/12/2007 | ❶2 | Summons Issued as to ABC CORPORATIONS 1-5, CARL FERGUSON, ROSE FERGUSON, JOHN DOE 1-5. Mailed to Counsel (Days Due - 20). (ce3) (Entered: 04/12/2007) |
| 04/12/2007 | ❶ | CASE REFERRED to Arbitration. (ce3) (Entered: 04/12/2007) |
| 05/07/2007 | ❶3 | MOTION to Change Venue by CARL FERGUSON, ROSE FERGUSON. (MCDERMOTT, JOHN) (Entered: 05/07/2007) |
| 05/08/2007 | ❶ | Setting Deadlines as to 3 DEFICIENT MOTION to Change Venue. [NO BRIEF] Motion set for 6/4/2007 10:00 AM in Trenton - Courtroom 4E before Chief Judge Garrett E. Brown, Jr. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.) (ij, ) (Entered: 05/08/2007) |
| 05/10/2007 | ❶ | (Court only) Motions No Longer Referred: 3 MOTION to Change Venue (dg, ) (Entered: 05/10/2007) |
| 05/15/2007 | ❶4 | BRIEF in Support re 3 MOTION to Change Venue filed by CARL FERGUSON, ROSE FERGUSON. (MCDERMOTT, JOHN) (Entered: 05/15/2007) |
| 05/25/2007 | ❶5 | ORDER granting 3 Motion to Change Venue and transferring case to Southern District of New York Signed by Judge Garrett E. Brown, Jr. on |

| | | |
|---|---|---|
| | | 5/24/2007. (ss, ) (Entered: 05/29/2007) |
| 05/25/2007 | ◑ | ***Civil Case Terminated. (ss, ) (Entered: 05/29/2007) |

**RECEIVED**

APR 1 2 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

LAW OFFICE OF JEAN DONOGHUE-SIMON
1433 HOOPER AVENUE, SUITE 212
P.O. BOX 4919
TOMS RIVER, NJ 08754-4919
732-286-6900
Attorneys for Plaintiffs, Rose Ann Novella and Rosario Novella

| | |
|---|---|
| ROSE ANN NOVELLA and ROSARIO NOVELLA, her husband,<br><br>       **Plaintiffs,**<br><br>v.<br><br>CARL FERGUSON and ROSE FERGUSON, JOHN DOE 1-5 (fictitious names), ABC CORPORATION 1-5 (fictitious names), jointly, severally and in the alternative,<br><br>       **Defendants.** | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>   Civil Action  07-1712 (GEB)<br><br>**COMPLAINT, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL** |

   Plaintiffs, Rose Ann Novella and Rosario Novella, residing at 224 Lantern Place in the Borough of Tuckerton, County of Ocean, and State of New Jersey, by way of Complaint against defendants, say:

**JURISDICTION AND VENUE**

   1.  The Court has jurisdiction over this action pursuant to 28 U.SC. 1332.

   2.  Venue is proper in this District since there is diversity of all parties.

**FIRST COUNT**

   1.  On or about April 15, 2005, plaintiff, Rose Ann Novella, was the owner and operator of a motor vehicle, which was exiting the Newburgh Mall traveling in a southeasterly direction on Route 300, in the Township of Newburgh, County of Orange and State of New York.

   2.  At the time and place aforesaid, defendant, Carl Ferguson, was the operator of a motor vehicle owned by Rose Ferguson, which was traveling in a southerly

direction on Route 300, in the Township of Newburgh, County of Orange and State of New York.

3. At the time and place aforesaid, defendant, Rose Ferguson, owned, operated, maintained, and/or repaired the motor vehicle related to any allegations made in this Complaint.

4. At the time and place aforesaid, defendants Carl Ferguson and Rose Ferguson resided at 10 Estate Boulevard in the City of Newburgh, County of Orange, State of New York.

5. At the time and place aforesaid, defendants, John Doe 1-5 (fictitious names), were unknown persons or entitles who owned, operated, maintained, and/or repaired motor vehicles related to any allegations made in this Complaint.

6. At the time and place aforesaid, defendants, ABC Corporation 1-5 (fictitious names), who owned, operated, maintained and/or repaired motor vehicles related to any allegations made in this Complaint.

7. At the time and place aforesaid, defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), owed plaintiff a duty to operate, maintain, and/or repair the motor vehicle in a reasonably prudent and safe manner so as not to cause harm to the plaintiff.

8. At the time and place aforesaid, defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), breached said duty and so negligently and carelessly operated, maintained and/or repaired their motor vehicle so as to cause the motor vehicle being operated by the defendant aforesaid to strike plaintiff, Rose Ann Novella.

9.     As a direct and proximate result of the aforesaid carelessness, and negligence of defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly and/or severally, and in the alternative, plaintiff was caused to suffer severe, multiple and permanent bodily injuries, has suffered and continues to suffer great pain and anguish, has incurred and will continue to incur expenses for medical care and treatment, has been and will continue to be unable to engage in his usual duties and activities, and as otherwise sustained damages.

**WHEREFORE,** plaintiff, Rose Ann Novella, demands judgment against defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly, severally and in the alternative, for damages, interest, costs of suit, and such other relief as the Court deems equitable and just.

## SECOND COUNT

1.     Plaintiff, Rosario Novella, repeats and realleges the allegations of the First Count of the Complaint as though set forth more fully herein at length.

2.     Plaintiff, Rosario Novella, is the husband of plaintiff, Rose Ann Novella.

3.     As the result of the injuries suffered by his wife as aforesaid, plaintiff, Rosario Novella, was deprived of the services, society and consortium of his wife from the time of the accident until the present, and will in the future continue to suffer said loss of services, society and consortium.

**WHEREFORE**, plaintiff, Rosario Novella, demands judgment against defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly, severally and in the alternative, for damages, interest, costs of suit, and such other relief as the Court deems equitable and just.

## JURY DEMAND

**PLEASE TAKE NOTICE** that the plaintiffs demand a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Jean Donoghue-Simon, Esquire as trial counsel on the within cause pursuant to the R.4:24-4

## CERTIFICATION PURSUANT TO RULE 4:5-1(b)(2)

Pursuant to R. 4:5-1, the matter in controversy is not the subject of any other action pending in any Court or in any pending arbitration proceeding, nor is any arbitration proceeding contemplated. Plaintiffs are not aware of any other parties, which should be joined in this action.

LAW OFFICE OF JEAN DONOGHUE-SIMON
Attorneys for Plaintiffs

By: _____
JEAN DONOGHUE-SIMON, ESQ.

DATED: April 10, 2007

§JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _Ocean_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Orange_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) (732) 286-6900
Jean Donoghue-Simon
1433 Hooper Ave, Suite 212, Toms River NJ 08753

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause: Motor vehicle Accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 500,000 00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 4/10/07

SIGNATURE OF ATTORNEY OF RECORD
Jean Donoghue-Simon, ESQ

## FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

**SUMMONS**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Civil Action

| | |
|---|---|
| **ROSE ANN NOVELLA and ROSARIO NOVELLA, her husband,** <br> **Plaintiffs,** <br> v. <br> **CARL FERGUSON and ROSE FERGUSON, JOHN DOE 1-5 (fictitious names), ABC CORPORATION 1-5 (fictitious names), jointly, severally and in the alternative,** <br> **Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> **Civil Action No:** 07-CV-1712(GEB) <br><br> **Civil Action** <br><br> **COMPLAINT, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL** |

To the above named defendants

You are hereby summoned and required to serve upon Jean Donoghue-Simon, Esq, Plaintiff's attorney, whose address is: 1433 Hooper Ave, Suite 212, Toms River, N.J., an Answer to the Complaint, which is hereby served upon you, within 20 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

**WILLIAM T. WALSH, CLERK**

Clerk of the Court

Dated: 4-12-07

*Charmaine D. Ellington,*
*Deputy Clerk*

MC DERMOTT & MC GEE, LLP
75 Main Street, Suite 305
P.O. Box 192
Millburn, NJ 07041
973-467-8080
Attorneys for Defendants: Carl Ferguson and Rose Ferguson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No: 07-CV-1712 (GEB)

Plaintiff(s),

ROSE ANN NOVELLA and ROSARIO NOVELLA,
her husband,

-vs-

Defendants,

CARL FERGUSON, ROSE FERGUSON,
JOHN DOE 1-5 (fictitious names),
ABC CORPORATION 1-5
(fictitious names), jointly, severally and
in the alternative

## NOTICE OF MOTION FOR AN ORDER TO
## CHANGE VENUE, PURSUANT TO
### *Civ.R. 12(b)(3)*

TO:  LAW OFFICE OF JEAN DONOGUE-SIMON
Attorneys for Plaintiffs
1433 Hopper Avenue, Suite 212
P.O. Box 4919
Toms River, NJ 08754-4919

COUNSEL:

PLEASE TAKE NOTICE that the undersigned, counsel for defendants, Carl Ferguson and Rose

Ferguson, shall apply before the Honorable Garrett E. Brown, at the United States District Court, District

of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East Stage Street, Trenton, New Jersey, on a date certain to be set down by this Court, seeking an Order changing the venue of the within litigation from the District of New Jersey to the Southern District of New York, pursuant to *Civ. R. 12(b)(3)*.

Counsel will rely upon the annexed Certification of Counsel in support hereto.

TAKE FURTHER NOTICE that a proposed form of Order is annexed hereto.

MC DERMOTT & MC GEE

By _____
John L. McDermott, Jr. (2779)

Dated: May 7, 2007

MC DERMOTT & MC GEE, LLP
75 Main Street, Suite 305
P.O. Box 192
Millburn, NJ 07041
973-467-8080
Attorneys for Defendants: Carl Ferguson and Rose Ferguson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No: 07-CV-1712 (GEB)

Plaintiff(s),

ROSE ANN NOVELLA and ROSARIO NOVELLA,
her husband,

-vs-

Defendants,

CARL FERGUSON, ROSE FERGUSON,
JOHN DOE 1-5 (fictitious names),
ABC CORPORATION 1-5
(fictitious names), jointly, severally and
in the alternative

## CERTIFICATION OF COUNSEL

JOHN L. McDERMOTT, JR. being of full age, hereby certifies as follows:

1. I am an Attorney-At-Law of the State of New Jersey and am a member of the firm of

McDermott and McGee, LLP.

2. We have been retained to represent Carl Ferguson and Rose Ferguson in connection with the

above-entitled litigation.

3. This law suit arises out of a motor vehicle accident which occurred on April 15, 2005 on

Route 300 at the intersection with the entrance/exit to the Newburgh Mall in Newburgh, New York.

(See copy of police report annexed hereto as Exhibit "A".)

4. Plaintiffs Rose Ann Novella and Rosario Novella have filed suit in the United States District Court for the District of New Jersey citing, as the basis for their suit, diversity of citizenship and amount in controversy in excess of sum or value of $75,000.00, pursuant to 28 U.S.C. 1332. Plaintiffs also allege that the venue is proper in the District of New Jersey as there is diversity of all parties. (See copy of plaintiffs' Complaint annexed hereto as Exhibit "B".)

5. The venue in this matter is improper. Defendants, Carl Ferguson and Rose Ferguson, the only defendants, are both residents of Newburgh, New York. The incident, which gives rise to this litigation, occurred in Newburgh, New York. Therefore, pursuant to 28 U.S.C. §1391(a), this matter should be venued in the United States District for the Southern District of New York.

6. 28 U.S.C. §1391(a) states "(a) civil action wherein jurisdiction is founded only on diversity of citizenship may, except as other-wise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim, occurred . . . , or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought." Here, the suit is based upon diversity of citizenship. Both defendants reside in Newburgh, New York which is situated within the Southern District of New York. The accident giving rise to this litigation occurred in Newburgh, New York which is situated in the Southern District of New York. Therefore, pursuant to *Civ. R. 12(b)(3)*, venue in this matter should be changed to the Southern District of New York.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 7, 2007

_____
JOHN L. McDERMOTT, JR.(2779)

Exhibit "A"

Local Codes
SJS# 102183B
3P2F39000025

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT
## MV-104A (3/04)

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 4 | Day 15 | Year 2005 | Friday | 10:33 | 3 | 1 | 0 | Accident Reconstructed ☐ | ☐ | ☐ Yes ☒ No |

**VEHICLE 1**

☐ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

| VEHICLE 1 - Driver License ID Number | 601902981 | State of Lic. NY | VEHICLE 2 - Driver License ID Number | N6851 6717759402 | State of Lic. NJ |
|---|---|---|---|---|---|

Driver Name - exactly as printed on license: **FERGUSON, CARL** | Driver Name - exactly as printed on license: **ROSEANN, NOVELLA P**

Address (Include Number and Street): 10 ESTATE BLVD | Apt. No. | Address (Include Number and Street): 224 LANTERNN PLACE | Apt. No.

| City or Town NEWBURGH | State NY | Zip Code 12550 | City or Town TUCKERTON | State NJ | Zip Code 08087 |

| Date of Birth Month 2 | Day 25 | Year 1967 | Sex M | Unlicensed ☐ | No. of Occupants 01 | Public Property Damaged ☐ | Date of Birth Month 9 | Day 7 | Year 1940 | Sex F | Unlicensed ☐ | No. of Occupants 01 | Public Property Damaged ☐ |

Name - exactly as printed on registration: **FERGUSON, ROSE** | Sex F | Date of Birth Month / Day / Year | Name - exactly as printed on registration: **ROSEANN, NOVELLA P** | Sex F | Date of Birth Month 9 | Day 7 | Year 1940

Address (Include Number and Street): 10 ESTATE BLVD | Apt. No. | Haz. Mat. Code | Released ☐ | Address (Include Number and Street): 224 LANTERNN PLACE | Apt. No. | Haz. Mat. Code | Released ☐

| City or Town NEWBURGH | State NY | Zip Code 12550 | City or Town TUCKERTON | State NJ | Zip Code 08087 |

| Plate Number 3356VU | State of Reg. NY | Vehicle Year & Make 1998 PLYM | Vehicle Type SUBN | Ins. Code 011 | Plate Number RNE71K | State of Reg. NJ | Vehicle Year & Make 2004 HOND | Vehicle Type SUBN | Ins. Code |

| Ticket/Arrest Number(s) 2F3900FSSP   2F3900PRSP | | Ticket/Arrest Number(s) |

| Violation Section(s) 4011A   1211D1 | | Violation Section(s) |

| Check if involved vehicle is: | Check if involved vehicle is: | Circle the diagram below that describes the accident, or draw your own |
|---|---|---|
| ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with an overweight permit; ☐ operated with an overdimension permit. | ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with an overweight permit; ☐ operated with an overdimension permit. | diagram in space #3. Number the vehicles. |

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact   3   2
Box 2 - Most Damage
Enter up to three more damage codes   4

Vehicle By: QUALITY TOW
Towed: To: QUALITY TOW

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact   12   12
Box 2 - Most Damage
Enter up to three more damage codes   1   2   14

Vehicle By: A&R
Towed: To: A&R

**VEHICLE DAMAGE CODING:**
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

**ACCIDENT DIAGRAM**

See the last page for the accident diagram.

Cost of repairs to any one vehicle will be more than $1000.
☒ Unknown/Unable to determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 3 0 0 | Latitude/Northing: 537620 | County ORANGE   ☐ City   ☐ Village   ☒ Town of NEWBURGH |
| 6 3 0 2 | Longitude/Easting: 4596845 | Road on which accident occurred ST-300 |
| 1 0 7 5 | | At 1) Intersecting street NEWBURGH MALL ENTRANCE |

**Accident Description/Officer's Notes**

PATROLLED TO MAIN ENTRANCE OF NEWBURGH MALL ON RT 300 AT LIGHT. DRIVER OF V-1 WAS HEADING SOUTHBOUND ON RT 300 APPROACHING THE INTERSECTION OF RT300 AND NEWBURGH MALL EXIT/ ENTRANCE. DRIVER OF V-1 FAILED TO NOTICE RED LIGHT IN FRONT OF HIM AS THE TRAFFIC CONTROL DEVICE FOR HIS LANE. V-1 DROVE THROUGH RED LIGHT STRIKING V-2 IN THE LEFT FRONT QUARTER PANEL. V-1 THEN CONTINUED ON STRIKING V-3 HEAD ON. OPERATOR AND REGISTERED OWNER INSURANCE INFORMATION FOR OUT OF STATE PLATES RNE71K.   INS. CODE 413 POLICY # 257A415356.

**ALL INVOLVED**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 36 | M | | | | | | FERGUSON, CARL | |
| B | 2 | 1 | A | 1 | 64 | F | 04 | 12 | 6 | 9993 | 3506 | ROSEANN, NOVELLA P | |
| C | 3 | 1 | 4 | 1 | 41 | F | | | | | | DENMAN, SUMEITA | |
| D | 3 | 5 | 5 | 1 | 2 | F | | | | | | DENMAN, CAITLIN | |
| E | | | | | | | | | | | | | |

| Officer's Rank and Signature TROOPER | Print Name in Full J P Santopietro | Badge/ID No. 5241 | NCIC No. 13503 | Precinct/Post Troop/Zone F2 | Station/Beat Sector 31 | Reviewing Officer Oreilly, G R | Date/Time Reviewed 4/21/2005 20:56 |

Page 2 of 3 Pages

Local Codes
SJS# 1021838
SP2F39000025

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
# POLICE ACCIDENT REPORT
MV-104A (3/04)

☐ AMENDED REPORT

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photo |
|---|---|---|---|---|---|---|---|---|
| Month 4 Day 15 Year 2005 | Friday | 10:33 | 5 | 1 | 0 | Accident Reconstructed ☐ | ☐ | ☐ Yes ☒ No |

☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**VEHICLE 3**

| VEHICLE 1 - Driver License ID Number S11678254 | State of Lic. NY | VEHICLE 2 - Driver License ID Number | State of Lic. |
|---|---|---|---|
| Driver Name - exactly as printed on license DENMAN, SUMETTA | | Driver Name - exactly as printed on license | |
| Address (include Number and Street) PO BOX 468 | Apt. No. | Address (include Number and Street) | Apt. No. |
| City or Town CORNWALL | State NY | Zip Code 12518 | City or Town | State | Zip Code |

| Date of Birth Month 9 Day 13 Year 1963 | Sex F | Unlicensed ☐ | No. of Occupants 02 | Public Property Damaged ☐ | Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |
|---|---|---|---|---|---|---|---|---|---|
| Name - exactly as printed on registration DENMAN, SUMETTA | Sex F | Date of Birth Month 9 Day 13 Year 1963 | | Name - exactly as printed on registration | Sex | Date of Birth Month Day Year |
| Address (include Number and Street) PO BOX 468 | Apt. No. | Reg. Released ☐ | Address (include Number and Street) | Apt. No. | Reg. Released ☐ |
| City or Town CORNWALL | State NY | Zip Code 12518 | City or Town | State | Zip Code |
| Plate Number AEN5821 | State of Reg. NY | Vehicle Year & Make 2001 FORD | Vehicle Type 4DSD | Ins. Code 011 | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
| Ticket/Arrest Number(s) | | | | | Ticket/Arrest Number(s) |
| Violation Section(s) | | | | | Violation Section(s) |

| Check if involved vehicle is: | Check if involved vehicle is: | | Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles. |
|---|---|---|---|
| ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with an overweight permit; ☐ operated with an overdimension permit. | ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with an overweight permit; ☐ operated with an overdimension permit. | | Rear End, Left Turn, Right Angle, Right Turn, Head-On, Sideswipe, Left Turn, Right Turn, Overtaking |

**VEHICLE 1 DAMAGE CODES**

Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more damage codes

| 1 | 1 | 1 |
| 2 | 12 | 5 |

ACCIDENT DIAGRAM

Vehicle By: Towed: To:

**VEHICLE DAMAGE CODING:**
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) Latitude/Northing: Longitude/Easting: | Place Where Accident Occurred: County ORANGE ☐ City ☐ Village ☐ Town of _____ |
|---|---|---|
| | | Road on which accident occurred at 1) intersecting street _____ (Route Number or Street Name) |
| | | or 2) _____ feet ☐N ☐S _____ miles ☐E ☐W of _____ (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's notes

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A L L   I N V O L V E D** A | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |

| Officer's Rank and Signature TROOPER | Badge/ID No. 5241 | NCIC No. 13503 | Precinct/Post Troop/Zone F2 | Station/Beat Sector 31 | Reviewing Officer Oreilly, G R | Date/Time Reviewed 4/21/2005 20:56 |
|---|---|---|---|---|---|---|
| Print Name In Full J P Santopietro | | | | | | |



Page 3 of 3 Pages

Local Codes
SJS# 1.021838
SP2F39000025

Exhibit "B"

**LAW OFFICE OF JEAN DONOGHUE-SIMON**
1433 HOOPER AVENUE, SUITE 212
P.O. BOX 4919
TOMS RIVER, NJ 08754-4919
732-286-6900
Attorneys for Plaintiffs, Rose Ann Novella and Rosario Novella

| | |
|---|---|
| ROSE ANN NOVELLA and ROSARIO NOVELLA, her husband,<br><br>Plaintiffs,<br>v.<br><br>CARL FERGUSON and ROSE FERGUSON, JOHN DOE 1-5 (fictitious names), ABC CORPORATION 1-5 (fictitious names), jointly, severally and in the alternative,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action<br><br>COMPLAINT, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL<br><br>07-CV-1712 (GEB) |

Plaintiffs, Rose Ann Novella and Rosario Novella, residing at 224 Lantern Place in the Borough of Tuckerton, County of Ocean, and State of New Jersey, by way of Complaint against defendants, say:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. 1332.

2. Venue is proper in this District since there is diversity of all parties.

### FIRST COUNT

1. On or about April 15, 2005, plaintiff, Rose Ann Novella, was the owner and operator of a motor vehicle, which was exiting the Newburgh Mall traveling in a southeasterly direction on Route 300, in the Township of Newburgh, County of Orange and State of New York.

2. At the time and place aforesaid, defendant, Carl Ferguson, was the operator of a motor vehicle owned by Rose Ferguson, which was traveling in a southerly

direction on Route 300, in the Township of Newburgh, County of Orange and State of New York.

3. At the time and place aforesaid, defendant, Rose Ferguson, owned, operated, maintained, and/or repaired the motor vehicle related to any allegations made in this Complaint.

4. At the time and place aforesaid, defendants Carl Ferguson and Rose Ferguson resided at 10 Estate Boulevard in the City of Newburgh, County of Orange, State of New York.

5. At the time and place aforesaid, defendants, John Doe 1-5 (fictitious names), were unknown persons or entitles who owned, operated, maintained, and/or repaired motor vehicles related to any allegations made in this Complaint.

6. At the time and place aforesaid, defendants, ABC Corporation 1-5 (fictitious names), who owned, operated, maintained and/or repaired motor vehicles related to any allegations made in this Complaint.

7. At the time and place aforesaid, defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), owed plaintiff a duty to operate, maintain, and/or repair the motor vehicle in a reasonably prudent and safe manner so as not to cause harm to the plaintiff.

8. At the time and place aforesaid, defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), breached said duty and so negligently and carelessly operated, maintained and/or repaired their motor vehicle so as to cause the motor vehicle being operated by the defendant aforesaid to strike plaintiff, Rose Ann Novella.

9.     As a direct and proximate result of the aforesaid carelessness, and negligence of defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly and/or severally, and in the alternative, plaintiff was caused to suffer severe, multiple and permanent bodily injuries, has suffered and continues to suffer great pain and anguish, has incurred and will continue to incur expenses for medical care and treatment, has been and will continue to be unable to engage in his usual duties and activities, and as otherwise sustained damages.

**WHEREFORE**, plaintiff, Rose Ann Novella, demands judgment against defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly, severally and in the alternative, for damages, interest, costs of suit, and such other relief as the Court deems equitable and just.

## SECOND COUNT

1.     Plaintiff, Rosario Novella, repeats and realleges the allegations of the First Count of the Complaint as though set forth more fully herein at length.

2.     Plaintiff, Rosario Novella, is the husband of plaintiff, Rose Ann Novella.

3.     As the result of the injuries suffered by his wife as aforesaid, plaintiff, Rosario Novella, was deprived of the services, society and consortium of his wife from the time of the accident until the present, and will in the future continue to suffer said loss of services, society and consortium.

**WHEREFORE**, plaintiff, Rosario Novella, demands judgment against defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly, severally and in the alternative, for damages, interest, costs of suit, and such other relief as the Court deems equitable and just.

## JURY DEMAND

**PLEASE TAKE NOTICE** that the plaintiffs demand a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Jean Donoghue-Simon, Esquire as trial counsel on the within cause pursuant to the R.4:24-4

## CERTIFICATION PURSUANT TO RULE 4:5-1(b)(2)

Pursuant to R. 4:5-1, the matter in controversy is not the subject of any other action pending in any Court or in any pending arbitration proceeding, nor is any arbitration proceeding contemplated. Plaintiffs are not aware of any other parties, which should be joined in this action.

LAW OFFICE OF JEAN DONOGHUE-SIMON
Attorneys for Plaintiffs

By: JEAN DONOGHUE-SIMON, ESQ.

DATED: April 10, 2007

MC DERMOTT & MC GEE, LLP
75 Main Street, Suite 305
P.O. Box 192
Millburn, NJ 07041
973-467-8080
Attorneys for Defendants: Carl Ferguson and Rose Ferguson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No: 07-CV-1712 (GEB)

Plaintiff(s),

ROSE ANN NOVELLA and ROSARIO NOVELLA,
her husband,

-vs-

Defendants,

CARL FERGUSON, ROSE FERGUSON,
JOHN DOE 1-5 (fictitious names),
ABC CORPORATION 1-5
(fictitious names), jointly, severally and
in the alternative

---

**ORDER TO CHANGE VENUE, PURSUANT TO *CIV. R. 12(b)(3)***

---

This matter having come before the Court on application of McDermott and McGee, LLP,

attorneys for defendants, Carl Ferguson and Rose Ferguson, seeking an Order, pursuant to *Civ. R.*

*12(b)(3),* changing the venue of the within litigation from the District of New Jersey to the Southern

District of New York; and the Court having reviewed the matter; and good cause being shown;

It is on this _____ day of _____, 2007, O R D E R E D that the venue of

this matter be changed from the District Court of New Jersey to the Southern District of New York, pursuant to *Civ. R. 12(b)(3)*; and it is further;

 O R D E R E D that a copy of this Order be served upon all counsel of record within _____ days from the date hereof.

         _____

                  U.S.D.J.


___Unopposed

___ Opposed

MC DERMOTT & MC GEE, LLP
75 Main Street, Suite 305
P.O. Box 192
Millburn, NJ 07041
973-467-8080
Attorneys for Defendants: Carl Ferguson and Rose Ferguson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No: 07-CV-1712 (GEB)

Plaintiff(s),

ROSE ANN NOVELLA and ROSARIO NOVELLA,
her husband,

-vs-

Defendants,

CARL FERGUSON, ROSE FERGUSON,
JOHN DOE 1-5 (fictitious names),
ABC CORPORATION 1-5
(fictitious names), jointly, severally and
in the alternative

## CERTIFICATION OF SERVICE

CATHERINE A. STAMATO, being of full age, certifies as follows:

1. I am employed as a legal secretary for the Law Firm of McDermott and McGee, LLP, counsel

for defendants, Carl Ferguson and Rose Ferguson, in the within matter.

2. On this date, I have filed, via electronic mail, the within Notice of Motion, supporting

Certification and proposed form of Order with the Clerk's Office of the United States District Court,

District of New Jersey, in Trenton, New Jersey. I understand that simultaneously, our adversary, Jean

Donoghue-Simon, will also be receiving a copy of our Notice of Motion, supporting Certification and

proposed form of Order.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any are willfully false, I am subject to punishment.

*C. A. Stamato*
_____
Catherine A. Stamato

Dated:  May 7, 2007

MC DERMOTT & MC GEE, LLP
75 Main Street, Suite 305
P.O. Box 192
Millburn, NJ 07041
973-467-8080
Attorneys for Defendants: Carl Ferguson and Rose Ferguson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No: 07-CV-1712 (GEB)

Plaintiff(s),

ROSE ANN NOVELLA and ROSARIO NOVELLA,
her husband,

-vs-

Defendants,

CARL FERGUSON, ROSE FERGUSON,
JOHN DOE 1-5 (fictitious names),
ABC CORPORATION 1-5
(fictitious names), jointly, severally and
in the alternative

## BRIEF IN SUPPORT OF
## NOTICE OF MOTION FOR AN ORDER TO
## CHANGE VENUE, PURSUANT TO
## *Civ.R. 12(b)(3)*

John L. McDermott, Jr., Esq. (2779)
   On the Brief

# TABLE OF CONTENTS

| | Page |
|---|---|
| Table of Authorities .................................................. | ii |
| Statement of Material Facts ........................................... | 1 |
| Statement of Law | |
| The Venue Of This Matter Should Be Changed to the Southern District of New York As That Forum Will Be More Convenient For The Parties And Witnesses ............. | 2 |
| Conclusion ........................................................ | 4 |

# **TABLE OF AUTHORITIES**

**Page**

*28 U.S.C. 1332* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     1

*28 U.S.C. §1391(a)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     1

*28 U.S.C. §1404(a)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     1

*Civ. R. 12(b)(3)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     3

*Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 879 (3d Cir. 1995) . . . . . . . . .     1

*Potluri v. Yalamanchili*, Slip Copy, 2007 WL708908(D.N.J.) . . . . . . . . . . .     1

*Shutte v. Arm Co. Steel Corp.*, 431 F.2d22, 25(3d Cir. 1970) . . . . . . . . . . . .     1

*White v. Smithkline Beecham Corp.*, Slip Copy, 2007 WL1237952 (E.D.Pa.) .     1

## STATEMENT OF MATERIAL FACTS

1. This law suit arises out of a motor vehicle accident which occurred on April 15, 2005 on Route 300 at the intersection with the entrance/exit to the Newburgh Mall in Newburgh, New York. (See copy of police report annexed hereto as Exhibit "A".)

2. Plaintiffs Rose Ann Novella and Rosario Novella have filed suit in the United States District Court for the District of New Jersey, citing, as the basis for their suit, diversity of citizenship and amount in controversy in excess of sum or value of $75,000.00 pursuant to *28 U.S.C. 1332*. Plaintiffs also allege that the venue is proper in the District of New Jersey as there is diversity of all parties. (See copy of plaintiffs' Complaint annexed hereto as Exhibit "B".)

3. Defendants, Carl Ferguson and Rose Ferguson, the only defendants, are both residents of Newburgh, New York. The incident, which gives rise to this litigation, occurred in Newburgh, New York. Additionally, the driver and occupant of the third vehicle involved in the accident, who are potential witnesses, live in Cornwall, New York. Also, the investigating police officer, Trooper J.P. Santopietro, of the New York State Police, works in the Newburgh, New York area. (See Exhibit "A".)

## STATEMENT OF LAW

**THE VENUE OF THIS MATTER SHOULD BE CHANGED
TO THE SOUTHERN DISTRICT OF NEW YORK AS THAT
FORUM WILL BE MORE CONVENIENT FOR THE PARTIES
AND WITNESSES.**

*28 U.S.C. §1391(a)* states: (a) civil action wherein jurisdiction is founded only on diversity of

citizenship may, except as other-wise provided by law, be brought only in (1) a judicial district where

any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a

substantial part of the events or omissions giving rise to the claim, occurred . . . , or (3) a judicial district

in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is

no district in which the action may otherwise be brought." A defendant seeking transfer of venue has

the burden to demonstrate that the case could have been brought initially in the proposed transferee

forum, that the proposed transfer will be more convenient for the parties and witnesses, and that an

interest of justice will be served by transferring the matter. *28 U.S.C. §1404(a)*; *Jumara v. State Farm*

*Ins. Co.*, 55 F.3d 873, 879 (3d Cir. 1995); *Shutte v. Arm Co. Steel Corp.*, 431 F.2d22, 25(3d Cir. 1970);

*White v. Smithkline Beecham Corp.*, Slip Copy, 2007 WL1237952 (E.D.Pa.); *Potluri v. Yalamanchili*,

Slip Copy, 2007 WL708908(D.N.J.)

Here, the suit is based upon diversity of citizenship. Both defendants reside in Newburgh, New

York which is situated within the Southern District of New York. The accident giving rise to this

litigation occurred in Newburgh, New York. The investigating trooper and driver and passenger in the

third vehicle involved in the incident, who are not named as parties, but may be potential witnesses,

work and reside in New York. Therefore, transferring this matter from the District of New Jersey to the

Southern District of New York will be more convenient for the parties and for the witnesses. The

change of venue to the Southern District of New York will be in the interest of justice as, this accident

occurred in New York and, therefore, New York law would apply. Finally, there was nothing preventing plaintiffs from initially filing their Complaint in the Southern District of New York. In light of this, pursuant to *Civ. R. 12(b)(3)*, venue in this matter should be changed to the Southern District of New York.

## CONCLUSION

For the reasons set forth herein, it is respectfully requested that an Order be entered changing venue from the District of New Jersey to the Southern District of New York.

Respectfully submitted,

MC DERMOTT & MC GEE, LLP

By

John L. McDermott, Jr. (2779)

Dated:  May 15, 2007

Exhibit "A"

Page 1 of 3 Pages

**New York State Department of Motor Vehicles**

# POLICE ACCIDENT REPORT
MV-104A (3/04)

Local Codes
SJS# 1021838

SP2F39000025

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 4 | Day 13 | Year 2005 | Friday | 10:33 | 3 | 1 | 0 | Accident Reconstructed ☐ | ☐ | ☐ Yes ☒ No |

☒ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

**VEHICLE 1**

| | VEHICLE 1 - Driver License ID Number 601902981 | State of Lic. NY | VEHICLE 2 - Driver License ID Number N6851 6717759402 | State of Lic. NJ |
|---|---|---|---|---|
| | Driver Name - exactly as printed on license FERGUSON, CARL | | Driver Name - exactly as printed on license ROSEANN, NOVELLA P | |
| | Address (Include Number and Street) 10 ESTATE BLVD | Apt. No. | Address (Include Number and Street) 224 LANTERNN PLACE | Apt. No. |
| | City or Town NEWBURGH | State NY | Zip Code 12550 | City or Town TUCKERTON | State NJ | Zip Code 08087 |

| | Date of Birth Month 2 | Day 25 | Year 1967 | Sex M | Unlicensed ☐ | No. of Occupants 01 | Public Property Damaged ☐ | Date of Birth Month 9 | Day 2 | Year 1940 | Sex F | Unlicensed ☐ | No. of Occupants 01 | Public Property Damaged ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Name - exactly as printed on registration FERGUSON, ROSE | Sex F | Date of Birth Month / Day / Year | Released ☐ | Name - exactly as printed on registration ROSEANN, NOVELLA P | Sex F | Date of Birth Month / Day / Year 1940 | Released ☐ |
|---|---|---|---|---|---|---|---|---|

| | Address (Include Number and Street) 10 ESTATE BLVD | City or Town NEWBURGH | State NY | Zip Code 12550 | Address (Include Number and Street) 224 LANTERNN PLACE | City or Town TUCKERTON | State NJ | Zip Code 08087 |
|---|---|---|---|---|---|---|---|---|

| | Plate Number 2356VU | State of Reg. NY | Vehicle Year & Make 1998 PLYM | Vehicle Type SUBN | Ins. Code 01L | Plate Number RNE71K | State of Reg. NJ | Vehicle Year & Make 2004 HOND | Vehicle Type SUBN | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|---|

| | Ticket/Arrest Number(s) 2F39000FSSP | Ticket/Arrest Number(s) 2F39000FRSP |
|---|---|---|

| | Violation Section(s) 4011A  1111D1 | Violation Section(s) |
|---|---|---|

Check if involved vehicle is:
V ☐ more than 95 inches wide;
E ☐ more than 34 feet long;
H ☐ operated with an overweight permit.
☐ operated with an overdimension permit.

Check if involved vehicle is:
V ☐ more than 95 inches wide;
E ☐ more than 34 feet long;
H ☐ operated with an overweight permit.
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more damage codes: 3 4 5
Vehicle By: QUALITY TOW
Towed: To: QUALITY TOW

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact  12  12
Box 2 - Most Damage
Enter up to three more damage codes: 1 2 14
Vehicle By: AER
Towed: To: AER

VEHICLE DAMAGE CODING:
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

**ACCIDENT DIAGRAM**
See the last page for the accident diagram.

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Cost of repairs to any one vehicle will be more than $1000.
☒ Unknown/Unable to determine  ☐ Yes  ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 3 0 0 | Latitude/Northing 577620 | County ORANGE  ☐ City ☐ Village ☒ Town of NEWBURGH |
| 8 3 0 2 | | Road on which accident occurred RT 300 |
| 1 0 7 5 | Longitude/Easting 4596845 | at 1) intersecting street NEWBURGH MALL ENTRANCE |

Accident Description/Officer's notes
PATROLLED TO MAIN ENTRANCE OF NEWBURGH MALL ON RT 300 AT LIGHT. DRIVER OF V-1 WAS HEADING SOUTHBOUND ON RT 300 APPROACHING THE INTERSECTION OF RT300 AND NEWBURGH MALL EXIT/ENTRANCE. DRIVER OF V-1 FAILED TO NOTICE RED LIGHT IN FRONT OF HIM AS THE TRAFFIC CONTROL DEVICE FOR HIS LANE. V-1 DROVE THROUGH RED LIGHT STRIKING V-3 IN THE LEFT FRONT QUARTER PANEL. V-1 THEN CONTINUED ON STRIKING V-3 HEAD ON.   OPERATOR AND REGISTERED OWNER INSURANCE INFORMATION FOR OUT OF STATE PLATES RNE7IK, INS. CODE 413 POLICY # 257A4125356.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 38 | M | - | - | - | | | FERGUSON, CARL | |
| B | 2 | 1 | A | 1 | 64 | F | 04 | 12 | 6 | 9993 | 3506 | ROSEANN, NOVELLA P | |
| C | 3 | 1 | 4 | 1 | 41 | F | - | - | - | | | DENMAN, SUMETTA | |
| D | 3 | 5 | 5 | 1 | 7 | F | - | - | - | | | DENMAN, CAITLIN | |
| E | | | | | | | | | | | | | |

ALL INVOLVED

| Officer's Rank and Signature TROOPER | Badge/ID No. 5241 | NCIC No. 13503 | Precinct/Post Troop/Zone F2 | Station/Beat Sector 31 | Reviewing Officer Oreilly, G R | Date/Time Reviewed 4/21/2005 20:56 |
|---|---|---|---|---|---|---|
| Print Name in Full J P Santopietro | | | | | | |

Page 2 of 3 Pages

Local Codes
SJS# 1021838
SP2F39000025

☐ AMENDED REPORT

**New York State Department of Motor Vehicles**
# POLICE ACCIDENT REPORT
MV-104A (3/04)

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photo |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 4 | Day 15 | Year 2005 | Friday | 10:33 | 3 | 1 | 0 | Accident Reconstructed ☐ | | ☐ Yes ☒ No |

VEHICLE 3

☐ VEHICLE   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

| VEHICLE 1 - Driver License ID Number 511678254 | State of Lic. NY | VEHICLE 2 - Driver License ID Number | State of Lic. |
|---|---|---|---|
| Driver Name - exactly as printed on license DENMAN, SUMETTA | | Driver Name - exactly as printed on license | |
| Address (include Number and Street) PO BOX 468 | Apt. No. | Address (include Number and Street) | Apt. No. |
| City or Town CORNWALL | State NY | Zip Code 12518 | City or Town | State | Zip Code |

| Date of Birth Month 9 Day 13 Year 1963 | Sex F | Unlicensed ☐ | No. of Occupants 02 | Public Property Damaged ☐ | Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |

| Name - exactly as printed on registration DENMAN, SUMETTA | Sex F | Date of Birth Month 9 Day 13 Year 1963 | Name - exactly as printed on registration | Sex | Date of Birth Month Day Year |
| Address (include Number and Street) PO BOX 468 | Apt. No. | Haz Mat Code ☐ | Released ☐ | Address (include Number and Street) | Apt. No. | Haz Mat Code | Released ☐ |
| City or Town CORNWALL | State NY | Zip Code 12518 | City or Town | State | Zip Code |
| Plate Number AEN5921 | State of Reg. NY | Vehicle Year & Make 2001 FORD | Vehicle Type 4DSD | Ins. Code 011 | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
| Ticket/Arrest Number(s) | | | | | Ticket/Arrest Number(s) |
| Violation Section(s) | | | | | Violation Section(s) |

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 = Point of Impact
Box 2 = Most Damage
Enter up to three more damage codes

Vehicle By: ____  Towed: To: ____

VEHICLE DAMAGE CODING:
1-12 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

Vehicle By: ____  Towed: To: ____

Circle the diagram below that describes the accident, or draw your own diagram in space 14. Number the boxes.

Rear End   Left Turn   Right Angle   Right Turn   Head On

ACCIDENT DIAGRAM

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to determine    ☐ Yes    ☐ No

| Reference Marker | Coordinates (if available) Latitude/Northing | Place Where Accident Occurred: County ORANGE   ☐ City   ☐ Village   ☐ Town   of _____ |
| | Longitude/Easting | Road on which accident occurred _____ (Route Number or Street Name) |
| | | at 1) intersecting street _____ (Route Number or Street Name) |
| | | or 2) ____ feet ____ miles   ☐N ☐S ☐E ☐W   of _____ (Milepost, Nearest Intersecting Route or Street Name) |

Accident Description/Officer's Notes

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A L L   I N V O L V E D | | | | | | | | | | | | | |

| Officer's Rank and Signature TROOPER | Badge/ID No. 5241 | NCIC No. 13503 | Precinct/Post Troop/Zone F2 | Station/Beat Sector 31 | Reviewing Officer Oreilly, G R | Date/Time Reviewed 4/21/2005 20:56 |
| Print Name in Full J P Santopietra | | | | | | |



Exhibit "B"

**LAW OFFICE OF JEAN DONOGHUE-SIMON**
**1433 HOOPER AVENUE, SUITE 212**
**P.O. BOX 4919**
**TOMS RIVER, NJ 08754-4919**
**732-286-6900**
**Attorneys for Plaintiffs, Rose Ann Novella and Rosario Novella**

| | |
|---|---|
| **ROSE ANN NOVELLA and ROSARIO NOVELLA, her husband,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CARL FERGUSON and ROSE FERGUSON, JOHN DOE 1-5 (fictitious names), ABC CORPORATION 1-5 (fictitious names), jointly, severally and in the alternative,**<br>**Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action**<br><br>**COMPLAINT, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL**<br><br>07-CV-1712(GEB) |

Plaintiffs, Rose Ann Novella and Rosario Novella, residing at 224 Lantern Place in the Borough of Tuckerton, County of Ocean, and State of New Jersey, by way of Complaint against defendants, say:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 28 U.SC. 1332.

2. Venue is proper in this District since there is diversity of all parties.

### FIRST COUNT

1. On or about April 15, 2005, plaintiff, Rose Ann Novella, was the owner and operator of a motor vehicle, which was exiting the Newburgh Mall traveling in a southeasterly direction on Route 300, in the Township of Newburgh, County of Orange and State of New York.

2. At the time and place aforesaid, defendant, Carl Ferguson, was the operator of a motor vehicle owned by Rose Ferguson, which was traveling in a southerly

direction on Route 300, in the Township of Newburgh, County of Orange and State of New York.

3.     At the time and place aforesaid, defendant, Rose Ferguson, owned, operated, maintained, and/or repaired the motor vehicle related to any allegations made in this Complaint.

4.  At the time and place aforesaid, defendants Carl Ferguson and Rose Ferguson resided at 10 Estate Boulevard in the City of Newburgh, County of Orange, State of New York.

5.     At the time and place aforesaid, defendants, John Doe 1-5 (fictitious names), were unknown persons or entitles who owned, operated, maintained, and/or repaired motor vehicles related to any allegations made in this Complaint.

6.     At the time and place aforesaid, defendants, ABC Corporation 1-5 (fictitious names), who owned, operated, maintained and/or repaired motor vehicles related to any allegations made in this Complaint.

7.     At the time and place aforesaid, defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), owed plaintiff a duty to operate, maintain, and/or repair the motor vehicle in a reasonably prudent and safe manner so as not to cause harm to the plaintiff.

8.     At the time and place aforesaid, defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), breached said duty and so negligently and carelessly operated, maintained and/or repaired their motor vehicle so as to cause the motor vehicle being operated by the defendant aforesaid to strike plaintiff, Rose Ann Novella.

9.    As a direct and proximate result of the aforesaid carelessness, and negligence of defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly and/or severally, and in the alternative, plaintiff was caused to suffer severe, multiple and permanent bodily injuries, has suffered and continues to suffer great pain and anguish, has incurred and will continue to incur expenses for medical care and treatment, has been and will continue to be unable to engage in his usual duties and activities, and as otherwise sustained damages.

WHEREFORE, plaintiff, Rose Ann Novella, demands judgment against defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly, severally and in the alternative, for damages, interest, costs of suit, and such other relief as the Court deems equitable and just.

## SECOND COUNT

1.    Plaintiff, Rosario Novella, repeats and realleges the allegations of the First Count of the Complaint as though set forth more fully herein at length.

2.    Plaintiff, Rosario Novella, is the husband of plaintiff, Rose Ann Novella.

3.    As the result of the injuries suffered by his wife as aforesaid, plaintiff, Rosario Novella, was deprived of the services, society and consortium of his wife from the time of the accident until the present, and will in the future continue to suffer said loss of services, society and consortium.

WHEREFORE, plaintiff, Rosario Novella, demands judgment against defendants, Carl Ferguson, Rose Ferguson, John Doe 1-5 (fictitious names); and ABC Corporation 1-5, (fictitious names), jointly, severally and in the alternative, for damages, interest, costs of suit, and such other relief as the Court deems equitable and just.

## JURY DEMAND

**PLEASE TAKE NOTICE** that the plaintiffs demand a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Jean Donoghue-Simon, Esquire as trial counsel on the within cause pursuant to the R.4:24-4

## CERTIFICATION PURSUANT TO RULE 4:5-1(b)(2)

Pursuant to R. 4:5-1, the matter in controversy is not the subject of any other action pending in any Court or in any pending arbitration proceeding, nor is any arbitration proceeding contemplated. Plaintiffs are not aware of any other parties, which should be joined in this action.

LAW OFFICE OF JEAN DONOGHUE-SIMON
Attorneys for Plaintiffs

By
JEAN DONOGHUE-SIMON, ESQ.

DATED: April 10, 2007

MC DERMOTT & MC GEE, LLP
75 Main Street, Suite 305
P.O. Box 192
Millburn, NJ 07041
973-467-8080
Attorneys for Defendants: Carl Ferguson and Rose Ferguson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No: 07-CV-1712 (GEB)

Plaintiff(s),

ROSE ANN NOVELLA and ROSARIO NOVELLA,
her husband,

-vs-

Defendants,

CARL FERGUSON, ROSE FERGUSON,
JOHN DOE 1-5 (fictitious names),
ABC CORPORATION 1-5
(fictitious names), jointly, severally and
in the alternative

**CERTIFICATION OF SERVICE**

CATHERINE A. STAMATO, being of full age, certifies as follows:

1. I am employed as a legal secretary for the Law Firm of McDermott and McGee, LLP,

counsel for defendants, Carl Ferguson and Rose Ferguson, in the within matter.

2. On this date, I have filed, via electronic mail, the within Brief in support of our Notice

of Motion to Change Venue with the Clerk's Office of the United States District Court, District

of New Jersey, in Trenton, New Jersey. I further certify that on this date, I have sent a copy to

our adversary, Jean Donoghue-Simon, Esq., counsel for plaintiffs, at 1433 Hooper Avenue, Suite

212, P.O. Box 4919, Toms River, NJ, 08754-4919, by First Class Mail.

     I hereby certify that the foregoing statements made by me are true. I am aware that if any are willfully false, I am subject to punishment.

                                       _C. W. Stamato_
                                          Catherine A. Stamato

Dated:   May 15, 2007

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RECEIVED

MAY 2 5 2007

AT 8:30_____
WILLIAM T. WALSH — M
CLERK

| | | |
|---|---|---|
| NOVELLA, et al., | : | |
| Plaintiffs, | : | Civ. No. 07-1712 (GEB) |
| v. | : | **ORDER** |
| FERGUSON, et al., | : | |
| Defendants. | : | |

## BROWN, Chief Judge

This matter having come before the Court upon the Motion for an Order to Change Venue of Carl Ferguson, Rose Ferguson, John Doe 1-5, ABC Corporation 1-5 (collectively "Defendants"); and Plaintiffs Rose Ann Novella and Rosario Novella (collectively, "Plaintiffs") having consented to the change of venue; and the Court having fully reviewed all documents filed and submitted;

IT IS THIS _24th_ day of M A Y ____, 2007

ORDERED that Defendants' Motion for Change of Venue is GRANTED; and

ORDERED that this case be transferred to the Southern District of New York.

GARRETT E. BROWN, JR., U.S.D.J.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
402 E. State Street
TRENTON, NEW JERSEY 08608

**NEWARK OFFICE**
50 WALNUT STREET
NEWARK, NJ 07101

WILLIAM T. WALSH
Clerk

January 4, 2008

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: <u>TRENTON</u>

United States District Court

Southern District of New York

U.S. Courthouse

40 Foley Square

New York City, NY 10007-1581

**Re: ROSE ANN NOVELLA, et als. vs. CARL FERGUSON, et als.**
Civil Action No. 07-1712 (GEB)

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated October 4, 2006. You can obtain the original record by accessing CM/ECF. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:      Sharon D. Syphrett
         Deputy Clerk

The above captioned record was received this _____ day of _____ __, 2004.

Signature and Title of Receiver _____ _____ __

**<u>Instructions for Retrieving Electronic Case Files</u>**