MC DERMOTT & MC GEE, LLP
75 Main Street, Suite 305
P.O. Box 192
Millburn, NJ 07041
973-467-8080
Attorneys for Defendant(s): Carl Ferguson and Rose Ferguson
File No: 50901 JLM JR.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW ~~JERSEY~~ YORK
Civil Action No: ~~07-CV-1712(GEB)~~
08-CV-0149(PKC)

| | |
|---|---|
| Plaintiff(s), | Civil Action |
| ROSE ANN NOVELLA and ROSARIO NOVELLA, her husband, | **SUBSTITUTION OF ATTORNEY** |
| -vs- | |
| Defendant(s),<br>CARL FERGUSON, ROSE FERGUSON,<br>JOHN DOE 1-5 (fictitious names), ABC<br>CORPORATION 1-5 (fictitious names),<br>jointly, severally and in the alternative | |

The undersigned hereby consent(s) to the substitution of SHAPIRO BEILLY ROSENBERG & ARONOWITZ, LLP, 225 Broadway, Suite 1300, New York, NY, 10007 as attorneys for defendants: Carl Ferguson and Rose Ferguson in the within matter.

Dated: ~~June 4, 2007~~ March 31, 2008

SHAPIRO BEILLY ROSENBERG            MC DERMOTT & MC GEE, LLP
& ARONOWITZ, LLP

By: ~~Roy J. Karlin~~ Sandra L. Borcler    By: John L. McDermott, Jr.
Superseding Attorney(s)    (SB 3492)    Withdrawing Attorney(s)