USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

**JEAN DONOGHUE-SIMON**
ATTORNEY-AT-LAW
1433 HOOPER AVENUE, SUITE 212
P.O. BOX 4919
TOMS RIVER, NEW JERSEY 08754-4919

N.J. and N.Y. Bar

Telephone: (732) 286-6900
Facsimile: (732) 286-6650

March 28, 2008

Honorable Kevin Castel
United States District Court for the Southern District of New York
500 Pearl Street
Courtroom 12C
New York, NY 10007

RECEIVED
MAR 3 1 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

    RE:  Novella v. Ferguson, et al.
          Case #: 1-08-CV-149

Dear Judge Castel:

    With regard to the above matter which is scheduled for an Initial Conference on April 18, 2008 at 4:15 p.m., I am respectfully requesting that this case be dismissed as a lawsuit was filed on behalf of the plaintiffs by their new attorney, Joseph Ingarra, Esq., on January 4, 2008 in the Supreme Court of the State of New York, Orange County, Index #08-537.

    I am enclosing a copy of the filed Complaint and Answer of defendants Carl and Rose Ferguson for your review.

    Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully,

JEAN DONOGHUE-SIMON

*Conference date vacated in contemplation of reassignment to White Plains.*
*SO ORDERED.*
*[signature], USDJ*
*3-31-08*

JDS:cr
Enclosures
cc:  John L. McDermott, Esq.
      Joseph Ingarra, Esq.