UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROSE ANN NOVELLA and ROSARIO NOVELLA, her husband,

                Plaintiffs,

- against –

CARL FERGUSON, ROSE FERGUSON, JOHN DOE 1-5 (fictitious names), ABC CORPORATION 1-5 (fictitious names), jointly, severally and in the alternative,

                Defendants.
-----------------------------------------------------------------------X

Case No. 08-CV-0149(PKC)

**NOTICE OF INTERESTED PARTIES**

This Corporate Disclosure Statement is filed on behalf of defendants, CARL FERGUSON and ROSE FERGUSON, in compliance with the provisions of: *(check one)*

   __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

   __X__   No such corporation.

_____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

_____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identify of corporation and the nature of financial interest. (Attach additional pages if needed.)*

   Allstate Insurance Company   Relationship   Liability Insurer

_____   Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 3rd day of April, 2008.

SHAPIRO, BEILLY, ROSENBERG & ARONOWITZ, LLP
225 Broadway – 13th Floor
New York, New York  10007
(212) 267-9020

*/s/ Sandra L. Bonder*
SANDRA L. BONDER, ESQ. (SB 3492)